**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL ROBBINS,

        Petitioner,

v.

JERRY HOWELL, et. al,

        Respondents.

Case No. 2:19-cv-02153-APG-VCF

**ORDER**

On March 5, 2020, petitioner Daniel Robbins, proceeding pro se, moved for additional time to file an amended habeas petition. ECF No. 11.  The respondents do not oppose the request as long as their non-opposition is not construed as a concession as to the merits of any of Robbins' claims or a waiver to any procedural defenses. ECF No. 13.  On March 24, 2020, attorney Lisa A. Rasmussen entered a notice of appearance on behalf of Robbins. ECF No. 14.

Given that the respondents have yet to file a response to the initial petition and do not oppose Robbins' request, I will grant the motion (ECF No. 11), which I construe as a motion for leave to amend. *See* Fed. R. Civ. P. 15(a)(2) (permitting leave to amend with the opposing party's written consent and advising court to "freely give leave when justice so requires").

I THEREFORE ORDER that the petitioner's motion for leave to file an amended petition **(ECF No. 11) is GRANTED**.  Robbins' amended petition is due on **June 22, 2020.**  I make no assurances as to the timeliness of the amended petition or any claims contained therein.

I FURTHER ORDER that the scheduling order entered on February 24, 2020 **(ECF No. 7) is VACATED**.  The court will enter a new schedule after Robbins files an amended petition.

Dated:  May 21, 2020.

                                                    _____
                                                    ANDREW P. GORDON
                                                   UNITED STATES DISTRICT JUDGE