UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL ROBBINS,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>JERRY HOWELL, et. al,<br><br>　　　　　　　　　　Respondents. | Case No. 2:19-cv-02153-APG-VCF<br><br>SCHEDULING ORDER |

On July 31, 2020, petitioner Robbins filed an amended petition for writ of habeas corpus. ECF No. 20. Accordingly, a new schedule of proceedings is required.

I THEREFORE ORDER that the respondents shall have **60 days** from the date of entry of this order to answer or otherwise respond to the amended petition.

I FURTHER ORDER that if the respondents file an answer, Robbins shall have **60 days** from the date on which the answer is served on him to file and serve a reply. If the respondents file a motion to dismiss, Robbins shall have **60 days** from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and the respondents shall have **30 days** to file a reply in support of the motion.

I FURTHER ORDER that any additional state court record exhibits filed by either Robbins or the respondents shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed shall be identified by the number or numbers of the exhibits in the attachment. The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in **Reno**.

Dated: August 2, 2020

_____

U.S. District Judge Andrew P. Gordon