AARON D. FORD
  Attorney General
Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ROBBINS,<br><br>Petitioner,<br><br>vs.<br><br>JERRY HOWELL, *et al.*,<br><br>Respondent(s). | Case No. 2:19-cv-02153-APG-VCF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 35)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of 30 days from the current due date of May 24, 2021, up to and including June 23, 2021, in which to file their Reply in Support of Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus (ECF No. 35). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the first enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

DATED: May 24, 2021.

Submitted by:

AARON D. FORD
Attorney General

By: ___*/s/ Jaimie Stilz*___
  Jaimie Stilz (Bar. No. 13772)
  Deputy Attorney General

IT IS SO ORDERED:

Dated: __May 25, 2021__

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Page 1 of 3