AARON D. FORD
  Attorney General
Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANIEL ROBBINS,

      Petitioner,

vs.

JERRY HOWELL, *et al.*,

      Respondent(s).

Case No. 2:19-cv-02153-APG-VCF

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 35)**

**(THIRD REQUEST)**

      Respondents move this Court for an enlargement of time of 7 days from the current due date of July 14, 2021, up to and including July 21, 2021, in which to file their Reply in Support of Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus (ECF NO. 35). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

      This is the third enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

      DATED: July 14, 2021.

Submitted by:

AARON D. FORD
Attorney General

IT IS SO ORDERED:

Dated:  July 15, 2021

By:   */s/ Jaimie Stilz*
    Jaimie Stilz (Bar. No. 13772)
    Deputy Attorney General

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE