AARON D. FORD
  Attorney General
Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROBBINS,<br><br>                Petitioner,<br><br>vs.<br><br>JERRY HOWELL, *et al.*,<br><br>                Respondent(s). | Case No. 2:19-cv-02153-APG-VCF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br>**(ECF NO. 20)**<br><br>**(FIRST REQUEST)** |

    Respondents move this Court for an enlargement of time of 30 days from the current due date of October 25, 2021, up to and including November 24, 2021, in which to file their Reply in Support of Motion to Dismiss the First Amended Petition for Writ of Habeas Corpus (ECF No. 35). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

    This is the first enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

    DATED: October 25, 2021.

IT IS SO ORDERED:

Dated: October 26, 2021

Submitted by:

AARON D. FORD
Attorney General

By:   */s/ Jaimie Stilz*
      Jaimie Stilz (Bar. No. 13772)
      Deputy Attorney General

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE