UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL ROBBINS,<br><br>      Petitioner,<br><br>v.<br><br>JERRY HOWELL, et. al,<br><br>      Respondents. | Case No. 2:19-cv-02153-APG-VCF<br><br>ORDER |

Respondents have filed two motions to extensions of time within which to file their answer to petitioner's first amended petition for writ of habeas corpus (ECF No. 20). ECF Nos. 70/71. I find that the motions are brought in good faith and not intended to unduly delay this case.

I THEREFORE ORDER that respondents' motions for extension of time (ECF Nos. 70/71) are GRANTED. Respondents have until December 22, 2021, to file their answer to the first amended petition for writ of habeas corpus (ECF No. 20).

I FURTHER ORDER that, in all other respects, the schedule in my order of August 24, 2021 (ECF No. 65), will remain in effect.

Dated: December 20, 2021

_____
U.S. District Judge Andrew P. Gordon