AARON D. FORD
  Attorney General
Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ROBBINS,<br><br>  Petitioner,<br><br>vs.<br><br>JERRY HOWELL, *et al.*,<br><br>  Respondent(s). | Case No. 2:19-cv-02153-APG-VCF<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 20)**<br><br>**(SIXTH REQUEST)** |

Respondents move this Court for an enlargement of time of 7 days from the current due date of December 29, 2021, up to and including January 5, 2022, in which to file their Answer the First Amended Petition for Writ of Habeas Corpus (ECF No. 20). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the sixth enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

DATED: December 29, 2021.

Submitted by:

AARON D. FORD
Attorney General

By:  */s/ Jaimie Stilz*
  Jaimie Stilz (Bar. No. 13772)
  Deputy Attorney General

IT IS SO ORDERED:

Dated: January 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE